**An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.**

## IN THE SUPREME COURT OF THE STATE OF NEVADA

CHARLES N. BELSSNER,
Appellant,

vs.

ROBERT FERRANTI, SR.,
Respondent.

No. 68745

**FILED**

OCT 0 5 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### ORDER DISMISSING APPEAL

This is a pro se appeal from an order of the district court denying appellant's appeal due to failure to file appeal within 5 days. *See* JRCP 98. Eighth Judicial District Court, Clark County; Joseph Hardy, Jr., Judge.

Our review of this appeal reveals a jurisdictional defect. Specifically, appellant's case arose in the justice court. The district court has final appellate jurisdiction over a case arising in the justice court. Nev. Const. art. 6, § 6; *Tripp v. City of Sparks,* 92 Nev. 362, 363, 550 P.2d 419, 419 (1976). Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

SUPREME COURT
OF
NEVADA

(O) 1947A

15-30054

cc: Hon. Joseph Hardy, Jr., District Judge
Charles N. Belssner
Robert Ferranti, Sr.
Eighth District Court Clerk